JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE A. R., <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | NO. CV 18-3315-AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed in part for the period June 2, 2009 through August 12, 2010 and the matter is remanded for reconsideration of Plaintiff's disability for a closed period of benefits during that same time frame. In all other respects, the decision of the ALJ is affirmed.

DATED: March 26, 2019

ALICIA G. ROSENBERG
United States Magistrate Judge